IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GARRETT DAVIS, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-366-MTT |
| | * |
| TAVARES KING, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated May 1, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant TAVARES KING. Defendant shall also recover costs of this action.

This 2nd day of May, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk